IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-0316** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **WILLIAM M. TYSON,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 16th day of July, 2018, upon consideration of the oral motion for defendant's immediate surrender and detention pending sentencing, which was presented to the court by counsel for the government, following entry of defendant's plea of guilty to the indictment in this matter, and the court, finding that the offenses to which defendant has pled guilty are subject to detention provisions under 18 U.S.C. § 3143(a)(2), it is hereby ORDERED that the motion is GRANTED and the defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility pending sentencing.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania